# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAR 27 P 12: 28
CLERK OF COURT

(Full name of plaintiff(s))

L'Tanya Silas

v.

(Full name of defendant(s))

Touchpoint Support Services LLC

Case Number:

**26-C ⁼501**

(to be supplied by Clerk of Court)

## A.   PARTIES

1.   Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

__3056 N. 20th St. Milwaukee WI. 53206__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant __Touchpoint Support Services LLC__
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Touchpoint Support Services LLC 400 Northridge Rd Ste 600 Sandy Springs GA 30350_ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Feb 13, 2025, Christopher Stoll said I embarrassed him.

Feb 14, 2025 Chris takes Leadership position from me.

Feb 14, 2025 Talma Christian my Director give position back, Chris switched my work schedule, deny me overtime for the coming weekend of 02/15/02/16, Talma approved my overtime and let Chris know.

Feb 15, Chris calls me at work 7:15 am, tells me not to report to work, after our Boss approved me.

Feb 15, Talma calls me at home, don't report to work Sunday, do overtime Monday 17th.

Feb 17, Cheis calls me to office, took leadership duties, threaten to Fire me. I put in 1st HR complaint which Cheis witnessed around 9 AM. That afternoon called to his office he had written me up for Feb 13 incident.

Feb 19, Give Doctor papers to Cheis, which he said he had to investigate my FMLA, reached out to ADA, put me on Modified duties.

March 6, Cheis calls me to his office, he tells me I'm on Continous leave.

March 6, I get a email saying my request was Approved. Never requested leave!! Cheis Stoll requested my leave. Also my write up was rescinded. I believe Cheis did this because he felt embarrass on Feb. 13, Our Director Talma overrided Cheis decisions about my position, my overtime. My HR complaint against him, in my complaint I said he might retaliate against me. He felt his authority was being attacked. I had FMLA Since 2012 have no Managers, Asst. Director or Director ever question my loyalty, honesty or FMLA paperwork.

Thank You!!

## C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be awarded money for FMLA interference, Retaliation, Harassment, Discrimination, Financia Hardship, Punitive Damages, Emotional Distress, Egregious Conduct Back pay, Front pay X 2. I'm asking for $300,000.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES        ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___27___ day of ___MArch___ 20_26_.

Respectfully Submitted,

___L'Tanya Silas___
Signature of Plaintiff

___1-414-766-8410___
Plaintiff's Telephone Number

___jordansilas14@yahoo.com___
Plaintiff's Email Address

___3056 N. 20th St.___

___Milwaukee WI. 53206___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.